**RECEIVED**
By United States Marshals Service at 7:52 am, May 25, 2024

UNITED STATES DISTRICT COURT
for the
District of Alaska

FID: 11678321
USMS:
Warrant: 2406-0525-0420-E
NCIC:

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Case Number: 4:24-CR-00006-RRB-SAO |
| vs. | ) | |
| | ) | |
| ELLIS FULTON KINGSEP | ) | |
| *Defendant* | | |

## LAW ENFORCEMENT SENSITIVE ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ELLIS FULTON KINGSEP,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Petition  ☐ Supervised Release Petition  ☐ Pretrial Petition  ☐ Order of the Court

This offense is briefly described as follows: 18:1341 Mail Fraud Cts 1-5; 18:1028A Aggravated Identity Theft Ct 6; 42:408(a)(3) Social Security Fraud Ct 7

Date: May 24, 2024

s/Brenda Kappler
*Issuing officer's signature*

City and state: Anchorage, Alaska

Candice M. Duncan, Clerk of Court
*Printed name and title*

**Return**

This warrant was received on *(date)* 05/24/2024, and the person was arrested on *(date)* 7/08/2024
at *(city and state)* Los Angeles, CA.

Date: 7/9/2024

*Mark Saari*
*Arresting officer's signature*

Mark Saari, Special Agent (SSA-OIG)

_Printed name and title_