S. LANE TUCKER
United States Attorney

THOMAS C. BRADLEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: Thomas.bradley@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>ELLIS FULTON KINGSEP,<br><br>                    Defendant. | No. 4:24-cr-00006-TMB-SAO |

## MOTION FOR PRETRIAL DETENTION

COMES NOW the United States of America, by and through undersigned counsel, and requests pretrial detention for Defendant Ellis Fulton Kingsep pursuant to 18 U.S.C. §§3142(a)(4) and 3142(e)(1), as there is no condition or combination of conditions that will reasonably assure the appearance of the Defendant as required. A detention hearing is requested pursuant to 18 U.S.C. § 3142(f)(2)(A), in that there is a serious risk that the defendant will flee.

//

Defendant was arrested in Los Angeles, California on July 8, 2024, and appeared before U.S. Magistrate Judge Michael Wilner in the Central District of California, who ordered his release, Doc. 13-4, despite a recommendation for detention by the U.S. Probation and Pretrial Services Office. Doc. 5-2. The United States appealed the release order, Docs. 5, 9. Judge Burgess revoked the release order and directed that Defendant be transported to Alaska, holding that "there are no conditions or combination of conditions that would reasonably ensure Kingsep's appearance in Alaska should he be released. Therefore, the Court finds that Kingsep poses a sufficient risk of flight to justify detention." Doc. 10 at 4.

The Court must consider several factors in determining whether or not conditions exist that will reasonably assure Defendant's appearance pursuant to 18 U.S.C. § 3142(g). These include the nature and circumstances of the offense, the weight of the evidence, the history and characteristics of the Defendant, including character, family ties, and employment.

As detailed below and in the attachments as well as the Indictment, Defendant executed a thirty-year scheme to defraud the United States by collecting Social Security benefits intended for his long-deceased mother. He lived "under the radar" in Los Angeles for decades, utilizing an ever-evolving chain of mail forwarding services in Hollywood, Palm Springs, Vancouver, B.C., and Fairbanks, Alaska. He has no known employment or known residence in Los Angeles, and no ties to Alaska other than the Fairbanks mailbox service used to further his fraudulent scheme.

//

U.S. v. Kingsep
4:24-cr-00006-TMB-SAO                    Page 2 of 11
Case 4:24-cr-00006-TMB     Document 29     Filed 11/05/24     Page 2 of 11

Defendant has carefully and successfully concealed himself from authorities by never disclosing his actual residence and maintaining his belongings in a storage unit. Although he has evidently resided physically in Southern California for many years, he has never held employment in the United States according to Social Security Administration records.

In May 2024, a grand jury in the District of Alaska indicted the defendant for five counts of mail fraud, one count of aggravated identity theft, and one count of Social Security fraud. Doc. 2. The Indictment alleges that the Defendant has used numerous addresses and mail forwarding services over the years to make it difficult to locate him. He paid for the mailboxes with Western Union transfers or Postal Money Orders. These include:

1. 1608 N. Cahuenga Blvd. # 209, Los Angeles, CA, a private mailbox service;

2. 78670 Highway 111, #108, La Quinta, CA, "Postal Place," a private mailbox service;

3. 78365 Highway 111 #178, La Quinta, CA, "La Quinta Mailboxes Pack and Ship," a private mailbox service;

4. 1027 Davie St. # 339, Vancouver, BC, Canada, "Mail Box Plus," a private mailbox service;

5. 684 Gradelle Ave., Fairbanks, AK, "The Fairbanks Connection," a private mailbox service;

6. 1771 Robson St. Box 377, Vancouver, BC, Canada, "Robson Print and Ship," a private mailbox service;

7. 1439 N. Highland Ave. # 253, Los Angeles, CA, "Highland Copy Center," a private mailbox service;

//

U.S. v. Kingsep
4:24-cr-00006-TMB-SAO                    Page 3 of 11
Case 4:24-cr-00006-TMB    Document 29    Filed 11/05/24    Page 3 of 11

8. 6775 Santa Monica Blvd. #4-253, Los Angeles, CA, "Highland Postal Center," a private mailbox service;

9. 1587 Drouin Rd., Fairbanks, AK, "The Fairbanks Connection," a private mailbox service;

10. PO Box 73918, Fairbanks, AK, "The Fairbanks Connection," a private mailbox service.

The Defendant instructed these services to receive mail on his behalf, repackage it, and forward it to another address, he successfully concealed where he was living from government agencies and financial institutions for many years. He provided addresses to the Social Security Administration and Wells Fargo Bank. He sent letters bearing facsimiles of his mother's signature, falsely stating in 2013 that she had decided that "In order to be closer to family members I am moving to Alaska." In 2023 another letter, he falsely claimed that his mother was moving from Fairbanks to the Palm Springs area due to health concerns. She never lived in either La Quinta or Fairbanks. In fact, at the time the Defendant sent this fraudulent letter in 2023, there is no evidence that she had been alive at all for approximately 30 years.

For example, The Fairbanks Connection, using various Alaska addresses and pursuant to instructions from Defendant, repackaged the mail and forwarded it in the Defendant's name to Mail Box Plus and/or Robson Print and Ship, private mailbox services located in Vancouver, British Columbia. The Canadian services, again pursuant to instructions from Defendant, repackaged and forwarded the mail to Defendant at private mailbox services, including but not limited to the Highland Postal Center in Los Angeles, where Defendant regularly collected the mail.

U.S. v. Kingsep
4:24-cr-00006-TMB-SAO          Page 4 of 11
Case 4:24-cr-00006-TMB     Document 29     Filed 11/05/24     Page 4 of 11

The extent of Defendant's efforts to conceal his location and prepare to flee if arrested did not become evident until after he was arrested in Los Angeles on July 8, 2024, pursuant to a Warrant of Arrest issued by this Court. Numerous items were seized from Defendant's Los Angeles storage unit on July 11, 2024, pursuant to a search warrant issued by the Central District of California Case No. 2:24-MJ-04054. These include:

1. *How to be Invisible* by J.J. Luna (Ex. 1);

2. *Secrets of a Back-Alley ID Man: Fake ID Construction Techniques of the Underground* (Ex. 2);

3. *How To Make Driver's Licenses and Other ID on your Home Computer* by "Max Forgé" (possibly an alias…) (Ex. 2);

4. Photocopy of Canadian passport in name of Defendant (original not recovered) (Ex. 3);

5. Photocopy of Ecuadorian passport in name of Defendant (original not recovered) (Ex. 4);

6. Photocopies of Ecuadorian national ID card in name of Defendant (original not recovered) (Ex. 5);

7. Credit Suisse (Zurich) bank statement in name of Defendant dated 2015 with address of 1027 Davie St. #339, Vancouver, British Columbia (mail forwarding service used by Defendant) (Ex. 6);

8. Letters dated March, June, September, and October 2022 from Defendant to Bank Alpinum (Zurich), responding to questions about the source of his investment funds, criticizing former Credit Suisse CEO Tidjane Thiam for his

U.S. v. Kingsep
4:24-cr-00006-TMB-SAO                  Page 5 of 11
Case 4:24-cr-00006-TMB     Document 29     Filed 11/05/24     Page 5 of 11

anti-money laundering efforts, claiming to have "lived in 50+ countries," refusing to consent to using facial recognition software, and finally acknowledging that he "was asked to leave your bank" and arranging transfers to Saxo Bank (Singapore) (Ex. 7);

9. Bank statement from Sora Bank AG (Liechtenstein) dated December 31, 2022, addressed to defendant at 1771 Robson Street #377, Vancouver, B.C., Canada, a mail forwarding service used by Defendant. Statement shows owner as Defendant, with an address in Quito, Ecuador (Ex. 8);

10. March 31, 2023, Sora Bank portfolio statement for Defendant at Quito, Ecuador, address, detailing $182,509 in assets (Ex. 9);

11. Letter from Defendant to Saxo Bank (Singapore) dated November 22, 2023, requesting funds transfer to his account at Hong Kong and Shanghai Banking Corporation (HSBC) (Singapore) (Ex. 10);

12. Letter from Defendant (signed "E. King") to Matterhorn Asset Management (Switzerland) dated December 8, 2023, discussing previous relationship with Credit Suisse for 40 years; the liquidation of his bank in Lichtenstein, his possession of 4000 ounces of silver bullion and 2 kg of gold bullion, concerns about the bank's Know Your Customer/Anti Money Laundering restrictions. He states that he is "an Ecuadorean and Canadian Citizen" and has accounts in Singapore "but they want to get rid of me because of where I vacation." Defendant is using "protonmail.com" email address, which is a Swiss-based encrypted email service provider that offers privacy from

police searches (Ex. 11);

13. April 24, 2024, letter from Defendant to EAS Liechtenstein and Deloitte Lichtenstein re: asset transfers signed by Defendant (Ex. 12);

14. April 24, 2024, request to EAS Liechtenstein requesting transfer to Interactive Brokers LLC UK (IBKR), using Canadian mail forwarding address, and singed by Defendant in "Vancouver B.C. Canada" (Ex. 13);

15. April 19, 2024, letter to EAS discussing "gold holdings and Panama bond" with attachments showing December 2023 Sora Bank assets including 2 kg of gold bullion, Venezuelan, Panamanian, and Russian Federation bonds valued at nearly $180,000 (Ex. 14);

16. March 11, 2024, letter from EAS Liechtenstein to Defendant at Quito, Ecuador, address regarding the bankruptcy of Sora Bank AG (Ex. 15);

17. March 3, 2024, letter from Defendant to EAS and Deloitte changing address from Ecuador to 1771 Robson St. #377 Vancouver, B.C. (which then forwarded mail to him in Los Angeles) and discussing liquidation of 2kg gold bullion and the $25,000 Panama bond (Ex. 16);

18. April 18, 2024, fax from Defendant to Robson Pack and Ship, 1771 Robson St. Vancouver, B.C. Canada asking his mail forwarder to change address for DHL correspondence with EAS Liechtenstein, signed "E. King."  E. King is the alias Defendant used to open various mailboxes, see Indictment, Docket 1, at paragraphs 12, 17, 22; (Ex. 17);

//

U.S. v. Kingsep
4:24-cr-00006-TMB-SAO            Page 7 of 11

19. June 6, 2024, letter transferring $25,000 Panama bond from Sora Bank/EAS Liechtenstein to Interactive Brokers, UK (IBKR) signed by Defendant at "Quito, Ecuador" (Ex. 18);

20. June 6, 2024, letter transferring two kilos of gold bullion from Sora Bank/EAS Liechtenstein to IBKR for Defendant, signed "Ellis Kingsep" at "Quito, Ecuador" (Ex. 19);

21. June 6, 2024, Authorization to Sell Gold Bullion, requesting funds transfer in the approximate amount of 118,000 pounds sterling to Defendant's account at IBKR (Ex. 20).

Despite evidence of Defendant controlling at least $200,000 in assets in overseas accounts, he lied on his financial affidavit in Los Angeles, claiming only $4000 in the bank. Doc. 13-8.

While executing his thirty-year scheme to steal his mother's benefits, Defendant was also engaged in managing money that he had transferred to offshore banks. These include banks in Switzerland, Denmark, Germany, Lichtenstein, and Singapore.

The storage unit contained the aforementioned three books on how to forge false identification documents and hide from authorities by using mail services. (Ex. 1 & 2). There were also materials for creating and laminating false identification documents. Defendant also possessed in the storage unit identification and correspondence in the name of his mother, Leitha Aude, including her original social security card and long-expired California driver's license.

//

U.S. v. Kingsep
4:24-cr-00006-TMB-SAO                Page 8 of 11
Case 4:24-cr-00006-TMB    Document 29    Filed 11/05/24    Page 8 of 11

It also includes records of correspondence with Canada's pension program, demonstrating that the Defendant was actively involved in defrauding the government of Canada just as actively as that of the United States, to the tune of over $4,000 CDN in 2022. Defendant sent correspondence to Canada on June 14, 2023, changing the victim's address from "#178 78365 Highway 111, La Quinta, CA" to "PO Box 73918, Fairbanks AK" and giving a "residential address" of 1587 Drouin Rd. in Fairbanks. All three addresses are mail drops used by Defendant for years. (Ex. 21). In the letter, signed "Leitha Aude," complains about "missing payments" and mentions they are "moving to the Alaska area to have nearby relatives" due to "health issues." The same day, June 14, 2023, Defendant sent a letter to the Social Security Administration signed "Leitha Aude" changing her address *from* 1587 Drouin Road, PO Box 37918, Fairbanks, AK *to* 78365 Highway 111 #178, La Quinta, CA. The letter stated that Aude was moving from *Fairbanks* to the *Palm Springs area* due to health concerns. Doc. 2 at paragraph 22.

Documents obtained from The Fairbanks Connection during the investigation revealed that Defendant established mailbox service there in 2013 asking that mail be repackaged and forwarded to "E. King" in Vancouver, B.C., initially at the Davie Street address and later on Robson St. He uses an email address "VFE mail.net" which is a service that offers (according to their website) anonymous signup with no identification, encryption, "disposable addresses" and "aliases." Payment records (Ex. 22).

Between September 1995 and August 2023, the Social Security Administration paid approximately $423,215 in social security retirement benefits to Leitha Aude, directly deposited to Wells Fargo Bank accounts. Bank security cameras show Defendant taking

U.S. v. Kingsep
4:24-cr-00006-TMB-SAO                    Page 9 of 11
Case 4:24-cr-00006-TMB    Document 29    Filed 11/05/24    Page 9 of 11

the money out in cash at Wells Fargo ATMs in Los Angeles.  (Ex. 23).

When booked into the Orange County Jail on July 8, Defendant gave an address in La Quinta, California, known to agents of the Social Security Administration Office of the Inspector General and listed in the Indictment as a private mailbox service. (Ex. 24).  When asked if that was where he lived, he falsely said that it was. This was clearly a lie, as the address is a mail drop near Palm Springs, one that he has used for approximately 15 years. It is decidedly not a residence. He also had his cell phone wrapped in foil in an apparent attempt to impair locating him.

Defendant holds multiple valid foreign passports which were not recovered or surrendered during the searches or arrest.  A Canadian citizen by birth, Defendant holds a valid Canadian passport, the original of which was not discovered.  Likewise, he holds a valid Ecuadorian passport which was not recovered.  He lied on his bail paperwork in Los Angeles, first claiming that he had never been issued a passport, and then revising the form to claim that he was unable to locate his passport.  Doc. 13-5.  He entered the United States as a Resident Alien (green card holder).  His mother was naturalized in 1966, when Defendant was 18.  He used different addresses with foreign banks, including the Robson mail service in Vancouver and an address in Quito, Ecuador.

The mail fraud offenses charged are aggravated felonies pursuant to 8 U.S.C. § 1101(a)(43)(M)(i).  If convicted, Defendant is subject to removal and barred from discretionary relief, 8 U.S.C. § 1228(b)(5), and is also subject to a judicial order of removal upon conviction.  8 U.S.C. § 1229(a).

//

U.S. v. Kingsep
4:24-cr-00006-TMB-SAO                 Page 10 of 11
Case 4:24-cr-00006-TMB    Document 29    Filed 11/05/24    Page 10 of 11

While incarcerated at Metropolitan Detention Center, Los Angeles, on July 28, Defendant attempted to set up a confidential email account to correspond with "My guy…Lider Ariel Galvan Palacios." (Ex. 25). A person with this name is an entrepreneur/financial consultant in Quito, Ecuador according to an internet search.

In conclusion, there is no condition or combination of conditions that will reasonably assure the appearance of the defendant as required.  He should be detained pretrial.

RESPECTFULLY SUBMITTED November 5, 2024 at Anchorage, Alaska.

> S. LANE TUCKER
> United States Attorney
>
> /s Thomas C. Bradley
> THOMAS C. BRADLEY
> Assistant United States Attorney
> United States of America

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on November 5, 2024 a true and correct copy of the foregoing was served electronically on all counsel of record.

/s Thomas C. Bradley

U.S. v. Kingsep
4:24-cr-00006-TMB-SAO          Page 11 of 11
Case 4:24-cr-00006-TMB     Document 29     Filed 11/05/24     Page 11 of 11