IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ELLIS FULTON KINGSEP,

        Defendant.

No. 4:24-cr-00006-TMB-SAO

**[PROPOSED]**
**ORDER**

Upon consideration, the Government's Motion for Pretrial Detention is GRANTED.

IT IS SO ORDERERED


DATED _____ at _____, Alaska.


_____
HON. SCOTT A. ORAVEC
UNITED STATES MAGISTRATE JUDGE