**Alpinum**
**Attn: Daniela Remm**
**Fax 423-239-6221**

26 March 2022

Ref: Acct ███████ 100 & (500)

Good day to you Ms. Remm,

In response to your recent email of 8 March 2022 find enclosed the following:

Updated latest version of a W8-BEN

I read the latest copy of the GDPR sent and it seems this is still voluntary to sign. If it is not, but is a requirement, please let me know.

I have read & signed the DEPOSITOR INFORMATION TEMPLATE ART. 5 PARAGRAPH2.EAG

<u>Source of funds issue</u>. The vast majority of the funds came from portfolio growth. I opened an account with Credit Suisse 50 years ago. At that time I was buying silver @ approx. $2.00 per ounce. Now it is $25.00 approx. per ounce. In 1973 I was buying gold @ approx. $90.00 per ounce. Now its is approximately $1950 per oz. We've also had a massive bull market in bonds since 1980. Many gold stocks likewise have risen substantially. Over long periods of time there is a compounding effect. I opened that account with approximately $20,000. There have been almost no withdrawals with re-investing of interest & dividends, and some portfolio balancing. Now I have no record of all my transactions going back half a century. It is just impractical to keep boxes of papers forever, especially since I have moved a lot, travelled a lot & lived in 50+ countries, including many in Africa. I was appalled that an Ivory Coast Blackman became the CEO of Credit Suisse. <u>Tidjane Thiam</u>. He proceeded to become the Idi Amin* of banking, with his wrecking ball approach. He opened up a special division to get rid of 1000's of many loyal longtime customers,

Case 4:24-cr-00006-TMB    Document 29-8    Filed 11/05/24    Page 1 of 4

**Daniela Remm**
**Alpinum**
**Fax 423-239-6221**
**Ref 200.895**

**27 June 2022**

**Dear Ms. Remm,**

I regards to your e mail of 16.5.2022 regarding a line of credit already established of $ 116,000 please leave it in place. We are potentially in a global bear market which could eventually lead to some good buying opportunities.
In regards to e mails of 18.5.22 & 27.6.22 regarding consent for personal data processing with facial recognition software, <u>I do not wish to consent.</u> This may be appropriate for new customers but I've been there a long enough time.

<u>In fact, for over 50 years of banking it was the most terrifying communication I have ever received from a bank.</u> Straight out of the Communist Chinese playbook. I can't believe that you even want to participate in such a massive privacy invasion, and putting customers at risk, at all levels.
IF this is some sort of mandate from the EU or Liechtenstein Banking authority might I suggest you make plans to move your location. You have a war going on in your back yard & madmen with nuclear weapons at their disposal.
Singapore or even <u>Paraguay*</u> or Uruguay would be a better choice. In Paraguay see if your can find the German speaking <u>Gerhard Kurtz</u> He really could help you and has many contacts. Diversification is the key to success, and you apparently are not diversified. PLEASE SEND YOUR BEST SPANISH SPEAKER THERE IMEDIATELY on a pathfinding trip.
You want to move to a FATCA, & CRS free zone Gehrard can help you.
Sincerely Ellis Kingsep _Ellis Kingsep_
"Adapting to tyranny does not eradicate tyranny"

*beat. zimmerman @ bankAlpinum. com*

**Bank Alpinum Fax 4232396221**
**Attn: Patrik Laser, Andreas Gilgen** ___30___ **Sept 2022**

*3 OCT 2022*
*RE - SENT*

**Guten Tag! Hello to both of you!**

I was asked to leave your bank, ok no problem. I have started transferring some assets out. Because of having precious metals in claim accounts, I cannot move them as my other bank does not have bullion storage facilities.

I tried to sell some bullion and the proceeds used to buy precious metal ETF's from various exchanges, NYSE, LSE, TSX etc and was told due to Russian Sanctions they cannot be bought. Even tried other non metal shares NOTHING CAN BE BOUGHT on these giant exchanges. I have read nothing on the internet about this. My conclusion was that my account somehow is on a sell order only, if it is #1 I would like the order reversed so I can have transferable assets. #2 Tell me what assets are available on which worldwide exchanges. #3 Let me pay the storage costs directly with the bullion storage entities, so I am direct owner. #4 Open to any other suggestions? Are you related to Alpine Asset Management in Zurich? Is there another place like Incrementum that can deal with only a few kilos of AU and a few 1000 oz silver bars that I can deal directly with? Your direct answer, e mail, is very much appreciated! My advisor Daniela Remm is leaving, I would appreciate an experienced transfer person assigned to me.

Thank you. *Ellis Kingsep* ___ **Ellis Kingsep** 200-895-01
truthquest22@protonmail.com

**Alpinum**

~~Daniela Ramm~~ Anna.Pezzotta ~~Daniela Ramm~~@bankalpinum.com

Fax 423-239-6221

31 ~~Aug.~~ 2022

5 OCT,

Pezzotta  From: 200.895-01

Dear Ms. ~~Remm~~,

*— STOCKS*
*BONDS*
*FUNDS*

**BANK DETAILS FOR TRANSFER OF ASSETS** *
**PLEASE SAVE FOR FUTURE TRANSFERS   P1 of ____**

As a follow-up to your E mail of 29 Aug. 2022 and my answer on 30 Aug. 2022 sent back, herein please note the details of my receiving bank in Singapore. Any missing bank details are available on line but here are the basics for my account.

**Bank Branch:**  Saxo Capital Markets Pte Ltd
                 **88 Market Street**
                 **Capita Spring #31-01**
                 **Singapore, 048948**

Tel:        65-6303-7800

E mail for securities transfer team:  **BOST-SSC@saxobank.com**
Name of transfer team manager: Mukesh Kumar  *MUKESH*
My main account Number: ▮▮▮▮  name: **Ellis Fulton KINGSEP**
Trading Account number ▮▮▮▮▮▮▮ (for securities)

Now securities communications and transfers are via e mail on line only. The receipt of the security will be posted online for my behalf on their end. I would appreciate some record on your end of what and when something was sent, ideally by e mail* and then by post.
truthquest22@protonmail.com  *
Please see following page(s) for specific item(s) transfer instructions.
Thank you for your attention on this matter. Sincerely
Ellis Kingsep  *Ellis Kingsep*

Case 4:24-cr-00006-TMB    Document 29-8    Filed 11/05/24    Page 4 of 4