Attn: Rafik Yezza/ EAS　　　　　　　19 April 2024



Sora Account ███895-01

Dear Mr. Yezza,

Herein are attachments to the e mail

Page　1. EAS Germany Page

　　　2. Ecuadorean Passport Copy

　　　3. Back up document: Canadian Passport

　　　4. Receiving bank/broker transfer information

　　　5.Statement showing gold holdings & Panama bond.

　　　6. Request to trace whereabouts of the above bond.

　　　7. Copy of my original transfer instruction to KPMG

　　　8. Details of a prior bond payment of that bond.

Please let me know if I should send by physical ordinary mail all of the above also to: to EAS in Oldenburg Germany Attn: Majorel Wilhelmshaven

Please note ** pages here with asterisk may not have been forwarded to Ralph Wyss at Deloitte. (DHL # 2918130390) If copies can be forwarded to him, it would be appreciated. Looking forward to 2 way e mails with him or his assistant. Thanking you so **very** much in this challenging time!

Ellis Kingsep　　　　　　truthquest22@protonmail.com

*Ellis Kingsep*

DHL has been notified to change the EAS Germany address to EAS Liechtenstein Tracking # 2918131650 You may call them to verify & guide it in. Currently on hold in Bremen Germany.

EAS Liechtenstein
c/o Majorel Wilhelmshaven
GmbH
Postfach 61 19
26061 Oldenburg
GERMANY



**Return address**



ECUADOR

Reference number: 200895 **Account with Interactive Brokers UK (IBKR)**

1. **Account details** Ellis F Kingsep ▇▇▇▇▇ see separate page on destination and transfer details.

Please enter your account details here to which the amount of covered deposits should be transferred.

Account holder (first and last name or company name in capital letters)

Mr. ELLIS KINGSEP

IBAN **Sora Bank lists 2 IBANS.**

▇▇▇▇▇▇▇ 0033 3
▇▇▇▇▇▇ 0233 3

Please enclose a complete and legible copy of a valid official identification document (e.g. identity card or passport) and - where necessary - powers of disposal (e.g. current extract from the commercial register).

VANCOUVER B.C. 3 Abril, 2024      _Ellis Kingsep_
**Place and date**            **Signature(s)**

2. **Where applicable: Consent of third-party right holder**

If your account is subject to third-party rights (e.g. pledge, attachment, assignment, (rental) deposit), the repayment will be possible only once the third-party right holder has given consent and has provided a copy of an official identification document (please enclose). Please have the consent of the third-party right holder confirmed as follows:

I/We, the third-party right holder(s), expressly declare my/our consent to the above-mentioned repayment to the above-mentioned account.

VANCOUVER, B.C. 3 April 2024   N.A. E.K.      _Ellis Kingsep_   N.A. E.K.
**Place and date**            **Signature**

_____          _____
**Place and date**            **Signature**

Please provide us only with copies of official legitimation documents. Please note that original cannot be returned.

*PREVIOUS +RANSFER
SAMPLE
INFO*

*DO NOT DUPLICATE*

# sora Banking & beyond



**STATEMENTS SHOWING**

**CANADIAN MAILING**

**ADDRESS**

| Owner | Ellis Kingsep |
| --- | --- |
| Portfolio | Standard |
| Current account | ██████ 100333 / USD |
| IBAN | ██████ 8951 0033 3 |
| Your advisor team | Team Kundenbetreuung 1 |
| Our reference | ZV20231129/312231/1 |

Mr
Ellis Kingsep




**EXAMPLE OF TRANSFER PREVIOUSLY MADE BY KPMG WITH SWIFT TO IBKR WITH DETAILS.**

## Debit Advice

| | | |
| --- | --- | --- |
| We debited your account: | USD | 10'243.25 Value 04.12.2023 |

**Beneficiary**
Interactive Brokers LLC — GBP — 8'000.00 — Exchange rate 1.280406
One Pickwick Plaza
Greenwich, Connecticut — USD — 10'243:25
06830 USA

**Beneficiary's account**
██████ 1█5██████ 74544

**Beneficiary's bank**
CITIGB2LXXX
CITIBANK N.A.
CITIBANK CENTRE 25 CANADA SQUARE
E14 5LB LONDON
UNITED KINGDOM

**Details of payment**
For further Credit to: Acct.
U13012684 - Ellis F. Kingsep
Convert to USD-Request Conf. No.
this Transaction only - ██████████

⟵⟶ **Account with Interactive Brokers, UK (IBKR)**
**Ellis F Kingsep U████████684**

Yours sincerely
Sora Bank AG

Notification without signature

Case 4:24-cr-00006-TMB    Document 29-15    Filed 11/05/24    Page 3 of 7

DocID 34032751



rtfolio / Safekeeping account

)0.895-01  Standard

lue at 31 December 2023

# . Detailed positions in USD

Copy of statement for 200.895-01 showing 2 KG Gold Bullio

Once 2 way communication has been established between

self & Deloitte, I will send in a sell order during quieter time

in the market, and order that the funds be sent to IBKR. BU

need to give advance notice to them FIRST and receive a

transfer reference identifier number, so 2 way communicati

is a must.

| minal / Quantity | Designation ISIN No. / Identification no. | Duration | | Market price LC FOREX price Maturity | | Market profit PP RC CUR perf. PP RC Price date | Market profit PP RC CUR perf. PP RC Overall perf. PP RC % | Market profit YTD RC CUR perf. YTD RC Overall perf. YTD RC % | Mrkt value RC Accrd inter. RC | |
|---|---|---|---|---|---|---|---|---|---|---|
| **sh** | | | | | | | | | | |
| D  3'210.28 | ▓▓▓.102333 Current account | 2 | | | | | | | 3'210.28 | 1 |
| **btotal Cash** | | **2** | | | | | | | **3'210.28** | **1.** |
| | | | | | | | | | | |
| **nds incl. Funds** | | | | | | | | | | |
| D  10'000 | 13 5/8 % Bonds Republic of Venezuela 1998-15.8.18 Global US922646AT10 / 939875 | 5 | % | 28.8750 15.08.2018 | % | 13.0000 29.12.2023 | -1'588 -54.98 | -1'588 -54.98 | 1'300.00 | 0 |
| D  30'000 | 9 1/4 % Bonds Republic of Venezuela 1997-15.9.27 Global -in default- US922646AS37 / 713721 | 5 | % | 7.0000 15.09.2027 | % | 18.9000 29.12.2023 | 3'570 170.00 | 3'008 112.96 | 5'670.00 | 3 |
| D  25'000 | 8 7/8 % Bonds Republic of Panama 1997-30.9.27 US698299AD63 / 716786 | 2 6.16 3.04 | % | 144.4000 30.09.2027 | % | 109.2650 29.12.2023 | -8'784 -24.33 | -1'591 -5.50 | 27'316.25 554.69 | 15. |
| D  10'000 | 12 3/4 % Regd.Notes Russian Federation 1998-24.6.28 Reg-S XS0088543193 / 923328 | 5 14.81 3.06 | % | 172.7750 24.06.2028 | % | 95.0000 24.11.2023 | -7'778 -45.02 | 1'400 17.28 | 9'500.00 21.25 | 5. |
| **btotal Bonds incl. Funds** | | **4** | | | | | | | **43'786.25** | **24.** |
| | | | | | | | | | | |
| **cious metals** | | | | | | | | | | |
| F  2 | Gold Bullion 1 kg 999.9 CH0002811286 / 281128 | 2 | CHF | 57'137.0000 0.9205 | CHF | 55'846.0000 0.8415 29.12.2023 | -3'068 11'655 6.92 | 4'124 11'571 13.41 | 132'729.65 | 73. |
| **btotal Precious metals** | | **2** | | | | | | | **132'729.65** | **73.** |

= Product risk     PP = Purchase price     LC = Local currency     RC = Reference currency of client     YTD = Year to date     Price date = Time of last available market pr

Sora Bank AG · Landstrasse 11 · Postfach 1528 · LI-9495 Triesen · Fürstentum Liechtenstein · Telefon +423 239 62 11 · BIC BALPLI22 · info@sorabank.com · www.sorabank.com

6 / 1577

Case 4:24-cr-00006-TMB    Document 29-15    Filed 11/05/24    Page 4 of 7

6.

<u>**VERIFICATION REQUEST FOR MISSING PANAMA BOND** TRANSFER</u>
**SORA BANK**
**Portfolio/safekeeping acct** ███ **895-01  Date:** _19 APRK 2024_
<u>**Attn: Majorel Wilhelmshaven & or Ralph Wyss**</u>

**Thanks so much for being there! One last detail is required prior to my closing my account. It is the location & proper crediting of my Panama bond transfer request. Checking with IBKR as of now, over 4 weeks of waiting, nothing has shown up in my account at IBKR. I did send them a ticket request to find out if anything has been stuck in EUROCLEAR or CLEARSTREAM. These are intermediaries and safekeepers of securities serving as central depositories (CSD) and crediting payments. They have post trade processing and verification method details. I do not know if an MT-103 type request is available for tracing movements of bonds like as in wire transfers.**

**Enclosed find my letter of detail to Stefan Oster from KPMG who did the transfer. After e mailing him, he said all the details should be on file with my account. (like verifying that the bond actually left Sora's custody in the first place, and the date & time and destination details of it.)**

**This happened to me once before when Bank Alpinum sent a Mexican Bond to Saxo Bank, Singapore but the Bond went to Denmark as Saxo has many branches globally. As IBKR also has many global branches, it is also a possibility that needs to be checked. EUROCLEAR & CLEAR STREAM SHOULD BE CONTACTED. Thanks so much! Please e-mail me a progress report. Enclosed page 2 with the bond details.**
**Thank you for your investigation results. Feedback appreciated by e mail.  Ellis Kingsep        truthqest22@protonmail.com**

*Ellis Kingsep*

# NEW SECURITY TRANSFER REQUEST

truthquest22@protonmail.com



TO: STEFAN OSTER   stefanoster@kpmg.com   949

From ███.895-01 → ██████ 7609  Mobile ████ ███ 6930

Dear Mr. Oster, enclosed find the original letter of authorization for my Panama Bond Transfer from, and to IBKR. Unfortunately, the print out was very small & I don't have the technical wizardry to send it to be word processed & amplified. So, I am reproducing the letter manually in larger type.

Transfer Reference Number (please include) **# 306124582** (was separately displayed)

**Customer Account Transfer-Letter of Authorization**
2024-02-21
**Sora Bank   Dear Transfer Dept.**
I Ellis F Kingsep, hereby request delivery of the following account provisions to Interactive Brokers for benefit of my account ███84 Settlement instructions can be obtained by contacting Interactive Brokers at fop-transfer-in@interactive.brokers.com  This email address is solely for communication between the financial institutions processing the transfer. Any client inquiries should be addressed via the message center on the IBKR Client Portal.
Transaction Information:
Description:  BOND Panama 8 7/8  09/30/27
Identifiers:  ISIN ██████63  Symbol PA
CUSIP ████06  Quantity $USD 25,000
Customer Signature  *Ellis Kingsep*  21 Feb, 2024
( E mail confirmation of receipt of this order appreciated)



| Owner | Ellis Kingsep |
|---|---|
| | ████ ████ Artigas |
| Portfolio | Standard |
| Safekeeping account | ████ .501333 / USD |
| Your advisor team | Team Kundenbetreuung 1 |
| Our reference | CA20231002/35449  / I-HUR |

A Mail

Mr
Ellis Kingsep
████████████

████ 02.10.2023

## Coupon credit

| | | |
|---|---|---|
| | 8 7/8 % Bonds | Ex date: 30.09.2023 |
| | Republic of Panama 1997-30.9.27 | Payable date: 30.09.2023 |
| | Security: 716786 | |
| | ISIN: US698299AD63 | |
| Inventory: | USD 25'000.00 at 8.875% | |

| | | |
|---|---|---|
| Gross (USD 25'000.00 * 8.875%) | USD | 1'109.38 |
| **Net amount** | **USD** | **1'109.38** |

The amount will be credited to the account 200.895.102333 with value date 02.10.2023

Yours sincerely
Sora Bank AG

— **PANAMA BOND. The only other security issue that needs to be taken care of is the location & details of the Panama Bond. USD 25,000. 8 7/8% of 1997-30.9.27 ISIN** ████████ **3/71686 See details of my previous request to Stefan Oster at KPMG to affect a transfer to IBKR. Calling IBKR, they said there was no evidence of any transfer. A transfer reference number was reserved #306124582.**

DocID 33447115

Page 1/1

Sora Bank AG
Landstrasse 11 / Postfach 1528 · 9495 Triesen
Fürstentum Liechtenstein