*Annual.13*
*4-11-13*
*pd 2013* *pd 2014* *pd 2015* *pd 2016* *pd 2017*

# Alaska mailing address service
## R NAMES

*1587 Drouin Rd*
*Fairbanks, AK 99709*

| | |
|---|---|
| **Date of this order** | April 11, 2013 |
| **Description:** | **Up to 30 normal letters per year** |
| **Annual rate:** | *150.* **$200 per year.** (The first year has been paid in advance.) |
| **Start on the 1st day of:** | **May 2013** <br> (Month, year) |
| **The name of the account** <br> Normally, this is <u>your name</u> | **LEITHA AUDE** <br><br> **(Always use this name when contacting Jude)** |
| **Incoming mail:** <br><br> If any lines are left blank, the names may be added at a future time. | 1. LEITHA AUDE <br> 2. ELLIS KINGSEP <br> 3. <br> 4. |
| **Mail all letters to:** | E. KING |
| Address: | *HAS HER OWN ENVELOPES* 4L2 |
| **Client's email:**** | ...sy@37.com <br> *goodhealth@vtemail.net* |

**AK 131**

**TO:  E. KING**

██████████████████

**VANCOUVER, B.C.
CANADA, V6G 1C9**

AK-131

**The Fairbanks Connection**
**1587 Drouin Rd**
**thFaibanks, AK**
**99709-5953**

_18_ **April, 2017**

<u>**AK-131- Payment**</u>
**Leitha Aude, Ellis Kingsep**

**May 1/ 2017-May 1/ 2018 Box Rent**

**Hello Jude, enclosed find $150 for for 1 yrs box rental.**

**Please send a receipt w next mail forwarding.**

**Thank you.   Ellis Kingsep** _Ellis Kingsep_

**From AK-131- 2 years payment**

Hello Jude, Enclosed find $ _300 $\frac{ov}{xy}$_ for 2016-18  <u>2 yrs.</u>
Some international traveling is on the agenda for a few years, and
payment is more of a challenge from far flung places.


I also have on deposit 1 yrs. worth, extra incase I can't be gotten ahold
of, which serves  as back up.          _goodhealth@ vfemail.net_

Case 4:24-cr-00006-TMB    Document 29-23    Filed 11/05/24    Page 4 of 20

THIS DOCUMENT CONTAINS A TRUE WATERMARK - HOLD UP TO LIGHT TO VIEW

**WESTERN UNION WU**
moving money for better

**WESTERN UNION FINANCIAL SERVICES INC. - ISSUER - Englewood, Colorado**
Payable at Wells Fargo Bank Grand Junction - Downtown, N.A., Grand Junction, Colorado

**MONEY ORDER**

17-312578316

A 720485 D 041116
T 1708 01
173125783160 L 000782

$ 300.00

PAY EXACTLY  THREE HUNDRED DOLLARS AND NO CENTS

PAY TO THE ORDER OF  THE FAIRBANKS CONNECTION

PAYMENT FOR/ACCT. #  AK-131

2 yrs 5/16→5/18  PURCHASER'S ADDRESS

E. King
PURCHASER'S SIGNATURE
PURCHASER BY SIGNING YOU AGREE TO THE TERMS ON THE REVERSE SIDE

⑈:102100400⑈ 40173125783160⑈

---

**RECEIPT  (put in box for AK-131 next re-mail)**

**Received from E. King, #AK-131, $300 for 2 yrs box rent/forwarding, for period of May 2016-May 2018.**

X_____ **Judith Czopek**X_____**Date**

Fairbanks Connection
PO Box 84651
Fairbanks, AK 99708

April 2015

**Acct. AK 131 Mail Forwarding Payment due approx. May**

Hello Judith, Thanks for the timely forwarding, all year.

Enclosed find $150 for 1 years worth more for above account

names, Aude, Kingsep, (King.)

I sent double last year to have a reserve incase I don't pay in time or

for special handling requests.

Please mail out paper receipt with next re-mail.

Note: my other e mail....   goodhealth@vfemail.net ↔/ess much SPAM

Thank you! *E. King*

The Fairbanks Connection      907- 452-1821
PO Box 84651
Fairbanks, AK
99708               <u>Payment- From Account AK-131</u>
4/19/19

 Hello Jude, enclosed find $150 for club membership including mail forwarding for 1 year. Since payment is always kept 1 yr in advance, this covers May 2020 thru May 2021.

Names: Leitha Aude, Ellis Kingsep

E mail:   goodhealth@ vfemail.net

Thanks for the reliable forwarding and an e mail receipt with your latest e mail "retired at last" logo would be appreciated.

E.King  *E. King*

Enc:  additional self-addressed envelopes

Case 4:24-cr-00006-TMB   Document 29-23   Filed 11/05/24

The Fairbanks Connection
PO Box 84651
Fairbanks AK 99708

From AK-131
Box Rent Payment

Hello Jude, Hope your well. Enc find $150.00 for box rent for AK-131 from <u>May 1 2024</u> to <u>May 1 2025.</u> I keep 1 year ahead.
Also enclosed find envelopes pre-addressed.

Thanks for the reliable forwarding, stay healthy!

E.King   *E. King*

handwritten margin: *email 4-12-13*  *pd 2013*  *pd 2014*  *pd 2015*  *pd 2016*  *pd 2017*

# Alaska ___ ng address service
## ___ R NAMES

**1587 Drouin Rd**
**Fairbanks, AK 99709**

| | |
|---|---|
| **Date of this order** | April 11, 2013 |
| **Description:** | **Up to 30 normal letters per year** |
| **Annual rate:** | *150.* $200 per year.  (The first year has been paid in advance.) |
| **Start on the 1st day of:** | **May 2013** <br> (Month, year) |
| **The name of the account** <br> Normally, this is <u>your name</u> | **LEITHA AUDE** <br><br> **(Always use this name when contacting Jude)** |

**Incoming mail:**

If any lines are left blank, the names may be added at a future time.

1. LEITHA AUDE
2. ELLIS KINGSEP
3.
4.

**Mail all letters to:**  E. KING

Address:  ███████████ ████

VANCOUVER BC  V6E 4L2
CANADA

**Client's email:**\*\*  ~~organicfantasy@37.com~~

*goodhealth@vfemail.net*

**AK 131**



*HAS HER OWN ENVELOPES*

Case 4:24-cr-00006-TMB    Document 29-23    Filed 11/05/24    Page 9 of 20

April 7-12-13  pd 2013  pd 2014  pd 2015  Pd 2016  pd 2017

# Alaska ~~~~ng address service
### ~~~~R NAMES

**1587 Drouin Rd**
**Fairbanks, AK 99709**

| | |
|---|---|
| **Date of this order** | April 11, 2013 |
| **Description:** | **Up to 30 normal letters per year** |
| **Annual rate:** | 150. **$200 per year.** (The first year has been paid in advance.) |
| **Start on the 1st day of:** | **May 2013** (Month, year) |
| **The name of the account** Normally, this is <u>your name</u> | **LEITHA AUDE** (Always use this name when contacting Jude) |
| **Incoming mail:** If any lines are left blank, the names may be added at a future time. | 1. LEITHA AUDE 2. ELLIS KINGSEP 3. 4. |
| **Mail all letters to:** Address: | E. KING ████████ █ VANCOUVER BC  V6E 4L2 CANADA |
| **Client's email:**\*\* | ~~organicfantasy@37.com~~ goodhealth@vtemail.net |

**AK 131**



HAS HER OWN ENVELOPES

The Fairbanks Connection

PO Box 84651
Fairbanks, AK 99708

# Invoice

| Date | Invoice # |
|---|---|
| 5/1/2024 | 2250 |

**PAID 05/01/2023**

| Bill To |
|---|
| AK 131 May |

| Due Date |
|---|
| 5/1/2024 |

| Serviced | Description | Amount |
|---|---|---|
| 5/1/2024 | Yearly Contract Mail Forwarding - May 1, 2024 to Apr 30, 2025<br>MO-28138434827 | 150.00 |

## UNITED STATES POSTAL SERVICE

### POSTAL MONEY ORDER

| Serial Number | Year, Month, Day | Post Office | U.S. Dollars and Cents |
|---|---|---|---|
| 28138434827 | 2023-04-21 | 900931 | $150.00 |

One Hundred Fifty Dollars and 00/100 ***********

Amount

Pay to THE FAIRBANKS CONNECTION

Clerk 30

Addre[redacted]

From E. KING

FAIRBANKS, AK 99708

Addr[redacted]

Memo AK 131 2024 Box Rent

LA QUINTA, CA 92253

SEE REVERSE WARNING • NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS

I:000000800 2I: 28138434827II"

Dep'd 5/8/2

| | | Total | $150.00 |
|---|---|---|---|



UNITED STATES POSTAL SERVICE ®

Serial Number 28138434827

POSTAL MONEY ORDER

Year, Month, Day 2023-04-21

Post Office 90051

One Hundred Fifty Dollars and 00/100 ************

$150.00 ************

U.S. Dollars and Cents

Clerk 30

Pay to THE FAIRBANKS CONNECTION

Add[ress]

Memo FAIRBANKS, AK 99708
AK 131 2024 Bus Rent

From E. KING

Address La Quinta, CA 92253

SEE REVERSE WARNING • NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS

⑈00000800 2⑈ 28138434827⑈

pd 5/8/23

## DEPOSIT TICKET

DATE 4-18-22



Mt. McKinley Bank

NAME *Judith A Czapek*

☐ MONEY MARKET PLUS ☐ CHECKING ☒ SAVINGS    ACCOUNT NO. 10419414

⑈325271268⑈

| CURRENCY | | |
|---|---|---|
| COIN | | |
| CHECKS 75-358 | 150 | 00 |
| | | |
| TOTAL | | |
| LESS CASH | 150 | 00 |

N 51296C   B-686060S02

Rev. 02/08

---

CONTINENTAL EXPRESS
MONEY ORDER COMPANY INC.

**MONEY ORDER**
GOOD WORLD-WIDE
ACEPTADO EN TODO EL MUNDO

31-27869012

ISSUER
SANTA ANA, CALIFORNIA

NOT VALID OVER ONE THOUSAND U.S. DOLLARS

NOT GOOD OVER $150.00
MOBILE DEPOSIT PROHIBITED

$150.00

H95   **SN-3127869012**  AGENT-9009   CHAIN-1
Pay ****ONE HUNDRED FIFTY AND 00/100 DOLLARS * 04/04/2022

Pay To The Order Of THE FAIRBANKS CONVECTION

B322

Payable Through
North American
Banking Company
2230 Albert Street
Roseville, MN 55113

Purchaser's Name  E. KING – AK-131

Address

⑈091203586⑈ 31278690121⑈

THE BACK OF THIS DOCUMENT IS PRINTED WITH A SECURITY PANEL

# Invoice

Fairbanks Connection
PO Box 84651
Fairbanks, AK 99708

**PAID 04/12/2022**

| Date | Invoice # |
|------|-----------|
| 5/1/2023 | 2171 |

**Bill To**

AK 131 May

| Due Date |
|----------|
| 5/1/2023 |

| Serviced | Description | Amount |
|----------|-------------|--------|
| 5/1/2023 | Yearly Contract Mail Forwarding - May 1, 2023 - April 30, 2024 | 150.00 |

mailed in
Pd anailed Rect
4-18-22

| | Total | $150.00 |

## DEPOSIT TICKET

DATE 4-18-22

Mt. McKinley Bank

NAME Judith A Czepek

☐ MONEY MARKET PLUS ☐ CHECKING ☒ SAVINGS   ACCOUNT NO. 10419414

⑆325271268⑆

| CURRENCY | | | |
|---|---|---|---|
| COIN | | | |
| CHECKS | 75-558 | 150 | 00 |
| TOTAL | | | |
| LESS CASH | | | |
| NET DEPOSIT | | 150 | 00 |

N 51296C  B-686060S02



CONTINENTAL EXPRESS
MONEY ORDER COMPANY INC.

ISSUER
SANTA ANA, CALIFORNIA

**MONEY ORDER**
GOOD WORLD-WIDE
ACEPTADO EN TODO EL MUNDO

31-27869012

NOT VALID OVER ONE THOUSAND U.S. DOLLARS

NOT GOOD OVER $1,000.00
MOBILE DEPOSIT PROHIBITED

$150.00

H95  **SN-3127869012** AGENT-9009   CHAIN-1

Pay ****ONE HUNDRED FIFTY AND 00/100 DOLLARS * 04/04/2022

Pay To The Order Of THE FAIRBANKS CONVECTION

Payable Through
North American
Banking Company
2230 Albert Street
Roseville, MN 55113

Purchaser's Name E. King - AK-131

Address

8322

⑆091203586⑆ 3127869012 1⑈

THE BACK OF THIS DOCUMENT IS PRINTED WITH A SECURITY PANEL

The Fairbanks Connection
PO Box 84651
Fairbanks, AK 99708

April 2022

### PAYMENT FOR BOX AK-131

Hello Jude, I hope this finds you well and enjoying your retirement to the max! Thanks for the reliable re-mails. Enclosed find ___$150$^{00}___ For yr 2023, from May , as I keep 1 year ahead as a deposit. (receipt received) Sticking around. One of the greatest challenges of the retired set is just staying above ground! To that end I am having a gift subscription of The Townsend Letter sent to you. This is a great source of what's on the leading-edge way before you'll hear it on the mainstream news. Waiters, uber drivers etc. get tips now maybe mail senders. Just in case you fell for the vaccine hysteria they will probably have articles to undo any damage. My other favorite sites for the cure for COVID hysteria are:

www.childrenshealthdefense.org/defender/
www.garynull.com

These have podcasts you can listen to anytime. But remember if your 1 step ahead of the consensus you're considered a genius, but if you're 2 steps ahead, you're a lunatic!

House vs PO Box. On the original sign-up form it stated "you may use either -or both- of these addresses for your Alaska mail" It looks like you'd prefer mail, if possible, sent to the PO Box 79318 Fairbanks AK 99708 especially if its from some 3 letter government agency. ? Is that correct? Have you tried to open a bank account lately? The HIRE provision of the patriot act( that wonderful pre-written act the magically appeared right after the 9/11 towers collapsed) stated that mailing addresses & CMRA's can not be used to open a bank account. They check data bases. It has to be a real address. Even though I had an id, a drivers license with a CRMA address and bank statements, auto registrations, all using that address they closed the account.

Millions of homeless can't open a bank account. Now, in most cases, they have a mailing address that one can designate to have correspondence directed to, that is different than the home address, ? I assume that is what you would prefer?

Alaska Auto Registration & Drivers License. I was thinking of getting these for my classic cars, as it's the best deal on the planet. Is it ok to put Drouin Rd as an address but have mail directed to the PO Box? Will that work? This might be in the name of an LLC. Will that work?

Home Security. I have traveled & lived in 50 countries. To me it is amazing how one can waltz right up to the front door of many houses. Some with tiny white picket fences a whole 3 ft high. None of this goes on south of the US border. A good high fence, lockable gate, mail box outside, a huge thru slot or postman has key, intercom's, cameras are what's going on elsewhere in the world. You can search under Porch Pirate Delivery Boxes on the internet but with mixed results as delivery drivers don't use them or understand. Clear signage would be the key, but nothing beats a custom welded fence installer with a roofed package cage and trap door with a long chute going into the yard.                    E. King *E. King*

As they say in Spanish Salud!
goodhealth@vfemail.net

You might consider some kind of sign designating a club, a B & B, Air B&B or hostel or some such short term stay place that would have some transient people passing thru to get you off the hook from inquiry.

 **Gmail**

Jude Czopek <akretiredatlast@gmail.com>

## Re: mail PO Box clarification request,

1 message

**goodhealth@vfemail.net** <goodhealth@vfemail.net>
To: Jude Czopek <akretiredatlast@gmail.com>

Mon, Aug 29, 2022 at 8:01 PM

Quoting Jude Czopek <akretiredatlast@gmail.com>:

Hi Jude I just would like the page noted below in bold second last paragraph ** sent to me as well as the **precise PO Box** address I am to use, complete with **full Zip code**, this from Customer AK 178. Thanks so much! Stay well! EK

> Hi,
>
> Per your letter:
>
> House vs PO Box -
> address correction: PO Box 73918 Fairbanks, AK 99707 (the letter has the zip code wrong)
>
> No legal documents may have my street address as their legal address. The street address is for mailing only. If the application needs a street address and won't accept the pobox then you would need to put "c/o" in front of the street address. That states it is a mailing address only.
>
> As to the AK auto registration: My street address cannot be the legal address - it needs to be either your address, pobox # or have the "c/o" in front of my street address.
>
> Your LLC - my street address may not be your legal address - it needs to be either your address, pobox # or have the "c/o" in front of my street address.
>
> Federal & State - my street address may not be your legal address -they will accept pobox numbers as your address.
>
> My clients (as needed) use the po box # for all of the above.
>
> The street address is my home so nothing "legal" can be attached to it. Bank stmts, ccrd stmts, correspondence & vendor bills may use both or either.
>
> **This is stated in the contract you set up with JJLuna way back when. I know they revised the contract in 2015. If you need the section that was revised (use of my addresses) let me know and I can email it to you. ****
>
> Let me know if you have any questions please don't hesitate to ask. I would rather you get the paperwork correct the first time as govt agencies take a long time to make changes.
>
> Thank you,
>
> Jude

**TO: E. KING**

████████████████████

**VANCOUVER, B.C.
CANADA, V6G 1C9**

**ay of:**  | **May 2013**
(Month, year)

**account** | **LEITHA AUDE**
**name**
(Always use this name when contacting Jude)

**il:**

**blank,**
**added**

1. LEITHA AUDE
2. ELLIS KINGSEP
3.
4.

**s to:** | E. KING

▮▮▮▮▮▮▮▮▮▮

**ress:** | VANCOUVER BC  V6E 4L2
CANADA